THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jeff Haworth

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH, | Case No. 1:08-CV-595-LJO-GSA |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| NAVINCHANDRA PATEL and DAXABEN PATEL, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Date: March 27, 2009     Date: April 1, 2009


S/Starr Warson,                    S/Thomas N. Stewart, III,
Attorney for Defendants            Attorney for Plaintiff

1

IT IS SO ORDERED.

**Dated:     April 2, 2009**                              **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE